# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>THREE RIVERS ICE CREAM SERVICE, INC.,<br><br>Debtor.<br>NATALIE LUTZ CARDIELLO, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>PHYLLIS D. FREED , LLOYD G. FREED, JR., THOMAS D. FREED, and KEANE REFRIGERATED LOGISTICS, LLC,<br><br>Defendants. | Bankr. Case No. 19-20631-CMB<br><br>Chapter 7<br><br>Adv. Pro. No. _____ |

## ORDER OF COURT

On this _____ day of _____, 2020, upon consideration of the foregoing complaint (the "Complaint") filed by Natalie Lutz Cardiello, in her capacity as chapter 7 trustee of the Estate of Three Rivers Ice Cream Service, Inc. (the "Trustee" or "Plaintiff") to avoid and recover preferential transfers against Phyllis D. Freed, Lloyd G. Freed, Thomas D. Freed, and Keane Refrigerated Logistics (the "Defendants") and all responses thereto, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The relief requested in the Complaint is hereby **GRANTED**;

2. Judgment is entered in favor of Trustee and against Defendants, avoiding Section 548 Fraudulent Transfers and State Law Fraudulent Transfers and directing Defendant to return to Trustee the total amount of $1,221,805.38 within ten (10) business days of the date that this Order becomes final and non-appealable.

3. Any such other and further relief as this Court deems just and proper.

_____
Honorable Carlöta M. Bohm
United States Bankruptcy Judge